**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**STEVEN HOWALD, on his own
behalf and others similarly
situated,**

        **Plaintiff,**

v.                                                 **Case No. 3:10cv174/MCR/MD**

**BAY SAND COMPANY, INC., a
Florida Profit Corporation,**

        **Defendant**.
_____/

## O R D E R

        Plaintiff has filed a collective action complaint seeking unpaid overtime wages and liquidated damages under the Fair Labor Standards Act ("FLSA"). *See* 29 U.S.C. § 201, *et seq.* On September 9, 2010, the parties filed their join Rule 26(f) Planning Report (doc. 11), raising scheduling issues. On September 22, 2010, the court held a telephonic Rule 16 status conference, attended by counsel for Plaintiff, Kelly Amritt, and counsel for Defendant, Robert Gilmore. This order memorializes the matters discussed and ruled on at the hearing. Plaintiff advised the court that conditional certification as a collective action is not being pursued at this time. Accordingly, Plaintiff shall file an amended complaint within five days of this order. A Final Scheduling Order will be entered by separate order.

        **DONE AND ORDERED** this 22nd day of September, 2010.

                                                                *s/ M. Casey Rodgers*
                                                                **M. CASEY RODGERS
                                                                UNITED STATES DISTRICT JUDGE**